**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**DATE:** July 18, 2019

**TITLE OF CASE:**

**DOCKET #  18-703**

UNITED STATES OF AMERICA
        vs.

Michael Healy
Leevander Wade
Ali Hill
Thomas Zimmerman
Tyquan Daniels

**APPEARANCES:**

Robert Frazer, AUSA
Nazzneen Kahn, AUSA
Anthony Pope, Esq.
Steven Turano, Esq. for defendant Healy
Thomas Ambrosio, Esq.
John Whipple, Esq. for defendant Wade
Troy Archie, Esq.
Timothy Donohue, Esq.
Gary Mizzone, Esq. for defendant Hill
Michele Adubato, Esq.
Henry Klingeman, Esq. for defendant Zimmerman
Joshua Cohn, Esq.
Thomas Ashley, Esq. for defendant Daniels
Roy Greenman, Esq.
**Defendants present.**

**Nature of Proceedings**:     Arraignment on Superseding Indictment

Hearing held regarding attorney representation for defendant Wade.
Court relieved attorney Timothy Donohue, Esq. as counsel for defendant Wade. Counsel to submit final billing under CJA.

Hearing held on application by attorney Anthony Pope, Esq. to be relieved as counsel for defendant Healy.
Court granted the request and order issued.

Arraignment held:
Defendants waived formal reading of the Superseding Indictment.
Defendants entered a plea of Not Guilty to all counts of the Superseding Indictment.

Proposed scheduling order to be submitted by counsel.
Court scheduled a status conference for 11/12/19 at 2:00 p.m.
Defendants are remanded to the custody of the U.S. Marshal.

**Time Commenced:** 10:30
**Time Adjourned:**   11:45
**Total Time:**   1:15

                                            RoseMarie Olivieri
                                        SENIOR COURTROOM DEPUTY