**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 17, 2022
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET #  18-703  & 19-803**

UNITED STATES OF AMERICA
   vs.

Michael Healy

**APPEARANCES:**

Nazzneen Kahn, AUSA
Thomas Ambrosio, Esq.
John Whipple, Esq.
Gary Mizzone, Esq.
Henry Klingeman, Esq.
Kenneth Kayser, Esq.
Troy Arche, Esq.
Thomas Ashley, Esq.
Roy Greenman, Esq.


**Nature of Proceedings**:    STATUS TELEPHONE CONFERENCE

Status conference held on the record.
Trial in this matter is scheduled for March 6, 2023.
Counsel to provide a proposed scheduling order by the end of June 2022.

**Time Commenced:** 12:00
**Time Adjourned:**  12:30
**Total Time:**   30 min


                RoseMarie Olivieri
                SENIOR COURTROOM DEPUTY