TO WHOM IT MAY CONCERN

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 JUN 10 P 11:25

5/29/24

I AM WRITING THIS LETTER ABOUT THE RETRO ACTIVE CHANGE TO THE SENTENCING GUIDELINES. THE UNITED STATES SENTENCING COMMISSION HAS AMENDED THE FEDERAL SENTENCING GUIDELINE TO ELIMINATE THE 2 CRIMINAL HISTORY "STATUS POINTS" PEOPLE RECIEVED IF THEY COMMITTED A NEW OFFENSE WHILE UNDER PROBATION $ OR PAROLE ALSO SUPERVISION $ REPLACE IT WITH 1 STATUS POINT FOR PEOPLE WITH 7 OR MORE CRIMINAL HISTORY POINTS.

THE SENTENCING COMMISSION HAS MADE IT THAT AMENDMENT RETRO ACTIVE MEANING IT APPLIES TO PEOPLE "LIKE ME" WHO HAVE ALREADY BEEN SENTENCED I HAVE RECIEVED STATUS POINTS $ AFTER AMENDENT 821 THE STATUS POINTS WILL LOWER MY GUIDELINES $ PUT ME IN CATORGORY TWO LEVEL 42 27-31 YEARS MY PLEA WAS 33-38 YEARS BECAUSE MY GUIDELINE WAS 360-LIFE $ PROSCUTOR AGREED TO 11(C)1(C) MY PLEA $ NOT LET THE JUDGE SENTENCE ME TO

$ BETWEEN 360 - LIFE. HOWEVER THE JUDGE BY PAST THE UPCOMING LAW & IF HE HAD'NT I WOULD OF BEEN SENTENCED TO 27-31 YEARS CATEGORY TWO LEVEL 42, WHICH I BELIEVE IS AN APPROPRIATE SENTENCE FOR ME. CAN YOU PLEASE HELP ME & LOOK INTO MY SITUATION?? THANK YOU

#71689-050
TY'QUAN DANIELS



MR. TY'QUAN DANIELS - 71689-050
U.S.P HAZELTON
P.O BOX 2000
BRUCETON MILLS, W.V. 26525

PITTSBURGH PA 150
4 JUN 2024 PM 2 L

MLK FEDERAL COURT CLERK
50 WALNUT STREET
NEWARK, NEW JERSEY 07103

07102-355199

2024 JUN 10 P 11:29
RECEIVED
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY